DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH DOHERTY,**
Appellant,

v.

**NINA JO ROMANO,**
Appellee.

No. 4D2023-2876

[August 1, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 2023CA000176.

Keith Doherty, Fort Pierce, pro se.

Francisco J. Garcia of Garcia Law, P.L., Port St. Lucie, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***